**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000528**
**02-OCT-2012**
**08:08 AM**

CAAP-11-0000528

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
TYLOR TRAN, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-11-00241)

ORDER DENYING APPELLANT
TYLOR TRAN'S MOTION TO RECONSIDER
(By: Nakamura, C.J., and Leonard and Reifurth, JJ.)

Upon consideration of the Motion to Reconsider filed on September 26, 2012, by Defendant-Appellant Tylor Tran (Tran),

IT IS HEREBY ORDERED that the motion is denied.  Tran may raise a double jeopardy claim if he is recharged with violating Hawaii Revised Statutes § 291E-61(a)(4) (Supp. 2011).

DATED:  Honolulu, Hawai'i, October 2, 2012.


Chief Judge


Associate Judge


Associate Judge